# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PERRY POOLE | : | CIVIL ACTION |
| v. | : | NO. 13-3722 |
| THE ATTORNEY GENERAL OF PENNSYLVANIA | : | |

## ORDER

**AND NOW**, this 28th day of October, 2013, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Document No. 6), the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Rice is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

        S/ Timothy J. Savage
        TIMOTHY J. SAVAGE, J.